# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANON SYSTEMS, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**BYTON NORTH AMERICA CORPORATION,**<br><br>　　　　Defendant. | CASE NO. 20-cv-01983-YGR<br><br>**ORDER DENYING MOTION FOR RIGHT TO ATTACH ORDER AND WRITS OF ATTACHMENT**<br><br>Re: Dkt. No. 21 |

On May 26, 2020, plaintiffs filed a motion for right to attach order and writs of attachment. Defendants filed an opposition thereto, after which plaintiffs filed a reply brief, and defendants filed objections to evidence submitted on reply.

Having carefully considered the briefing and arguments submitted, and for the reasons set forth in full detail on the record on July 6, 2020, the Court **DENIES** plaintiffs' motion.

This Order terminates Docket Number 21.

**IT IS SO ORDERED.**

Dated: July 10, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**