Jonathan D. Baker (SBN 196062)
jdbaker@dickinsonwright.com
Craig Y. Allison (SBN 161175)
callison@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Phone: 408-701-6200
Fax: 844-670-6009

*Attorneys for Plaintiffs Hanon Systems,
Hanon Systems USA, LLC,
Hanon Systems Deutschland GmbH,
Hanon Systems (Dalian) Co., Ltd., and
Hanon Jie Xi Si Systems (Nanjing) Co., Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HANON SYSTEMS, HANON SYSTEMS USA, LLC, HANON SYSTEMS DEUTSCHLAND GMBH, HANON SYSTEMS (DALIAN) CO., LTD., and HANON JIE XI SI SYSTEMS (NANJING) CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>BYTON NORTH AMERICA CORPORATION,<br><br>Defendants. | Case No.: 20-cv-01983-YGR<br><br>**PLAINTIFFS' RESPONSE TO ORDER SETTING DEADLINE FOR MOTION TO STRIKE JURY DEMAND**<br><br>Hon. Yvonne Gonzalez Rogers |

On March 23, 2021, the Parties submitted their Second Updated Joint Case Management Statement, in which Plaintiffs stated that they anticipated filing a motion to strike Defendant's jury demand prior to trial based on a jury waiver clause in the Parties' substantive contract at issue.

---

RESPONSE TO ORDER SETTING DEADLINE                   1                   Case No. 20-cv-01983-YGR

On March 26, 2021, the Court entered an Order Setting Deadline for Motion to Strike Jury Demand stating, "In light of the current restrictions stemming from the COVID-19 pandemic, resolution of whether this case will be tried to the bench or a jury is required forthwith.  Plaintiffs shall file their motion within **14 days** of this Order if they intend to move to strike the jury demand."

While conducting research for Plaintiffs' motion to strike, Plaintiffs' counsel became aware of the Ninth Circuit Court of Appeals' controlling ruling in *In re Cty. of Orange*, 784 F.3d 520, 532 (9th Cir. 2015), which likely precludes this Court from enforcing the contractual jury waiver clause at issue.

Accordingly, Plaintiffs respectfully advise the Court that they will not file a motion to strike Defendant's jury demand.

DATED: March 29, 2021

*/s/ Doron Yitzchaki*
Doron Yitzchaki (Michigan Bar #P72044)
*Admitted Pro Hac Vice*
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Phone: 734-623-1947
dyitzchaki@dickinsonwright.com

-and-

Jonathan D. Baker (SBN 196062)
jdbaker@dickinsonwright.com
Craig Y. Allison (SBN 161175)
callison@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Phone: 408-701-6200
Fax: 844-670-6009

*Attorneys for Plaintiffs*