| | |
|---|---|
| Jonathan D. Baker (SBN 196062) | Keith A. Sipprelle (SBN 143358) |
| jdbaker@dickinsonwright.com | VAN ETTEN SIPPRELLE LLP |
| Craig Y. Allison (SBN 161175) | 2945 Townsgate Road, Suite 200 |
| callison@dickinsonwright.com | Westlake Village, CA |
| DICKINSON WRIGHT RLLP | Telephone: (805) 719-4900 |
| 800 W. California Avenue, Suite 110 | ksipprelle@vstriallaw.com |
| Sunnyvale, CA 94086 | |
| Phone: 408-701-6200 | *Attorneys for Defendant* |
| Fax: 844-670-6009 | *Byton North America Corporation* |

*Attorneys for Plaintiffs Hanon Systems,*
*Hanon Systems USA, LLC,*
*Hanon Systems Deutschland GmbH,*
*Hanon Systems (Dalian) Co., Ltd., and*
*Hanon Jie Xi Si Systems (Nanjing) Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HANON SYSTEMS, HANON SYSTEMS USA, LLC, HANON SYSTEMS DEUTSCHLAND GMBH, HANON SYSTEMS (DALIAN) CO., LTD., and HANON JIE XI SI SYSTEMS (NANJING) CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>BYTON NORTH AMERICA CORPORATION,<br><br>Defendants. | Case No.: 20-cv-01983-YGR<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Hanon Systems, Hanon Systems USA, LLC, Hanon Systems Deutschland GmbH, Hanon Systems (Dalian) Co., Ltd., and Hanon Jie Xi Si Systems (Nanjing) Co., Ltd. (collectively, "Plaintiffs"), and Defendant Byton North America Corporation ("Defendant"), **HEREBY DISMISS THIS ACTION WITHOUT PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS TO ANY PARTY.**

| | | |
|---|---|---|
| DATED: June 24, 2021 | | */s/ Doron Yitzchaki* |
| | | Doron Yitzchaki (Michigan Bar #P72044) |
| | | *Admitted Pro Hac Vice* |
| | | DICKINSON WRIGHT PLLC |
| | | 350 S. Main Street, Suite 300 |
| | | Ann Arbor, MI 48104 |
| | | Phone: 734-623-1947 |
| | | dyitzchaki@dickinsonwright.com |

-and-

Jonathan D. Baker (SBN 196062)
jdbaker@dickinsonwright.com
Craig Y. Allison (SBN 161175)
callison@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Phone: 408-701-6200
Fax: 844-670-6009

*Attorneys for Plaintiffs*

DATED: June 24, 2021         */s/ Keith A. Sipprelle*
Keith A. Sipprelle (SBN 143358)
VAN ETTEN SIPPRELLE LLP
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone: (805) 719-4900
Facsimile: (805) 719-4950
ksipprelle@vstriallaw.com

*Attorneys for Defendant*

## ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 24, 2021         */s/ Doron Yitzchaki*
Doron Yitzchaki (Michigan Bar #P72044)
*Admitted Pro Hac Vice*
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Phone: 734-623-1947
dyitzchaki@dickinsonwright.com

*Attorneys for Plaintiffs*