| | |
|---|---|
| Jonathan D. Baker (SBN 196062) | Keith A. Sipprelle (SBN 143358) |
| jdbaker@dickinsonwright.com | VAN ETTEN SIPPRELLE LLP |
| Craig Y. Allison (SBN 161175) | 2945 Townsgate Road, Suite 200 |
| callison@dickinsonwright.com | Westlake Village, CA |
| DICKINSON WRIGHT RLLP | Telephone: (805) 719-4900 |
| 800 W. California Avenue, Suite 110 | ksipprelle@vstriallaw.com |
| Sunnyvale, CA 94086 | |
| Phone: 408-701-6200 | *Attorneys for Defendant* |
| Fax: 844-670-6009 | *Byton North America Corporation* |

*Attorneys for Plaintiffs Hanon Systems,*
*Hanon Systems USA, LLC,*
*Hanon Systems Deutschland GmbH,*
*Hanon Systems (Dalian) Co., Ltd., and*
*Hanon Jie Xi Si Systems (Nanjing) Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HANON SYSTEMS, HANON SYSTEMS USA, LLC, HANON SYSTEMS DEUTSCHLAND GMBH, HANON SYSTEMS (DALIAN) CO., LTD., and HANON JIE XI SI SYSTEMS (NANJING) CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>BYTON NORTH AMERICA CORPORATION,<br><br>Defendants. | Case No.: 20-cv-01983-YGR<br><br>**ORDER OF DISMISSAL**<br><br>**PURSUANT TO STIPULATION**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Hanon Systems, Hanon Systems USA, LLC, Hanon Systems Deutschland GmbH, Hanon Systems (Dalian) Co., Ltd., and Hanon Jie Xi Si Systems (Nanjing) Co., Ltd. (collectively, "Plaintiffs"), and Defendant Byton North America Corporation ("Defendant"), **HEREBY DISMISS THIS ACTION WITHOUT PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS TO ANY PARTY.**

| | | |
|---|---|---|
| DATED: June 24, 2021 | | */s/ Doron Yitzchaki* |

DATED: June 24, 2021                    */s/ Doron Yitzchaki*
　　　　　　　　　　　　　　　　　Doron Yitzchaki (Michigan Bar #P72044)
　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　DICKINSON WRIGHT PLLC
　　　　　　　　　　　　　　　　　350 S. Main Street, Suite 300
　　　　　　　　　　　　　　　　　Ann Arbor, MI 48104
　　　　　　　　　　　　　　　　　Phone: 734-623-1947
　　　　　　　　　　　　　　　　　dyitzchaki@dickinsonwright.com

　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　Jonathan D. Baker (SBN 196062)
　　　　　　　　　　　　　　　　　jdbaker@dickinsonwright.com
　　　　　　　　　　　　　　　　　Craig Y. Allison (SBN 161175)
　　　　　　　　　　　　　　　　　callison@dickinsonwright.com
　　　　　　　　　　　　　　　　　DICKINSON WRIGHT RLLP
　　　　　　　　　　　　　　　　　800 W. California Avenue, Suite 110
　　　　　　　　　　　　　　　　　Sunnyvale, CA 94086
　　　　　　　　　　　　　　　　　Phone: 408-701-6200
　　　　　　　　　　　　　　　　　Fax: 844-670-6009

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*


DATED: June 24, 2021                    */s/ Keith A. Sipprelle*
　　　　　　　　　　　　　　　　　Keith A. Sipprelle (SBN 143358)
　　　　　　　　　　　　　　　　　VAN ETTEN SIPPRELLE LLP
　　　　　　　　　　　　　　　　　2945 Townsgate Road, Suite 200
　　　　　　　　　　　　　　　　　Westlake Village, California 91361
　　　　　　　　　　　　　　　　　Telephone: (805) 719-4900
　　　　　　　　　　　　　　　　　Facsimile: (805) 719-4950
　　　　　　　　　　　　　　　　　ksipprelle@vstriallaw.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 25, 2021                    _____
　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE